39378. Clara O. Goins, appellant v. Thomas Pancher, Jr., appellee. Clermont County.

39389. John A. Kelley, appellee v. Dolores Kelley, appellant. Butler County.

39391. Randale, Inc., appellant v. Donald D. Cook, Dir., Dept. of Liquor Control, et al., appellees. Franklin County.

39396. Ralph Brenneman, appellant v. Travelers Indemnity Co., appellee. Lucas County.

39402. Edward Minshall, appellee v. Sewall O. Jackson et al., appellants. Fairfield County.

39403. J. D. Pieper, appellant v. Sharff's, Inc., appellee. Licking County.

39411. Carl F. Dorcas, Admr., appellant v. The Toledo Trust Co., Trustee, et al., appellees; Alvin N. Hogg et al., appellants. Lucas County.

39412. Sun Oil Co., appellee v. Thomas H. Denney et al., appellants. Franklin County.

39426. Emily Boyer, appellant v. City of Columbus, appellee. Franklin County.

39430. Georgia L. Ostenkamp, Exrx., appellant v. Kenneth Arnold et al., appellees. Montgomery County.

39437. Toledo Trust Co., et al., appellees v. Mary R. Ross et al., appellants. Lucas County.

39438. Willie Coe, appellee v. Atlas Material Co., Inc., appellant. Cuyahoga County.

39439. Empire Wholesale Lumber Co., appellee v. Charles T. Pickup, appellant. Summit County.

39443. The State, ex rel. John M. VanDyke, appellee v. Board of Health et al., appellants. Stark County.

39444. Sidney G. Lankford, appellant v. Joseph Kupec, appellee. Mahoning County.

39445. Charles Barrios, appellant v. Halle Brothers Co. et al., appellees. Cuyahoga County.

39448. Florence H. Smola, appellee v. Franklin C. Smola, appellant. Summit County.

39452. Glenn F. Wood, appellant v. Blaw Knox Co. et al., appellees. Mahoning County.

39455. Charles Y. Vocila et al., appellants v. Arthur Serio et al., appellees. Cuyahoga County.

39457. Elizabeth Baptist Church, appellee v. Ben Apelbaum et al., appellants. Summit County.

39472. Hartford Accident & Indemnity Co., appellee v. Frank C. Rooney, appellant. Lucas County.

39406. The State of Ohio, appellee v. Shirley Hood, appellant. Summit County. For leave to appeal. Overruled.

39407. The State of Ohio, appellee v. Charles P. Browning, appellant. Lucas County. For leave to appeal. Allowed.

39447. City of Toledo, appellee and cross-appellant v. Campbell Reasonover, appellant and cross-appellee. Lucas County. Motion to certify record. Allowed. Cross-motion to certify record. Overruled.

39454. The State of Ohio, appellee v. Lindsay Reed, appellant. Hamilton County. For leave to appeal. Allowed.

39456. Home Ins. Co., appellee v. Robert Hecht, appellant. Lucas County. To certify record. Dismissed on application of appellant.